IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09-CR-005-1 |
| ) | |
| WALTER EDWARD STUCKEY, JR., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| GEORGIA BANK & TRUST ) | |
| COMPANY OF AUGUSTA, ) | |
| ) | |
| Garnishee. ) | |

## DISBURSEMENT ORDER IN GARNISHMENT

Presently before the Court in this garnishment proceeding is a Consent Motion for Entry of a Disbursement Order, submitted jointly by the Government, Defendant Walter Stuckey, Jr. ("Defendant"), and Garnishee Georgia Bank & Trust Company of Augusta ("Garnishee") (collectively, the "Parties").

Having considered the pleadings filed in this garnishment proceeding, including the Parties' Joint Response to this Court's October 22, 2015 Order for briefing on 26 U.S.C. § 6323(b)(10), the Court ORDERS as follows:

1. IT IS ORDERED that the Parties' Consent Motion for Entry of a Disbursement Order is Granted.

2. IT IS ORDERED that the Government's Motion for Entry of Final Order of Disbursement in Garnishment, filed on August 17, 2015 (Doc. 71) is dismissed as moot.

3. IT IS ORDERED that the Garnishee shall pay to the Clerk of the Court, within 15 days from the date of this Order, a total sum of $2,883.27. Of the total sum, $2,565.56 shall be

garnished from funds in the Defendant's savings account (account number -1844) and $317.74 shall be garnished from funds in the Defendant's checking account (account number -1147).

4. IT IS ORDERED that payment by the Garnishee under this Order shall be made by certified check bearing case number 1:09-CR-005-1, payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, Southern District of Georgia, P.O. Box 1130, Augusta, GA 30903.

5. IT IS ORDERED that the Clerk of Court shall distribute and/or apply the funds received from the Garnishee pursuant to this Order in accordance with the terms of the judgment.

IT IS SO ORDERED this 2nd day of November, 2015.

HON. J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA