IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| United States of America | |
| Plaintiff, | |
| VS. | No. CR109-5 |
| Walter E. Stuckey, Jr. | |
| Defendant | |

## ORDER

On August 17, 2000, a Judgment was entered listing <u>New Century</u> as a victim in this case. Monies were deposited by defendant(s) to the Court's Deposit Fund (6855XX). Checks were sent to the victim but were returned by the U.S. Postal Service as "undeliverable" and/or were cancelled by Treasury because they were not negotiated within one year. Numerous attempts have been made to find a valid address but to no avail. The monies were then moved to Unclaimed Fund (613300) as per the Judicial Guidelines.

On June 28, 2018, Mr. Jack Hoffman, Business Analyst for Oak Point Partners, LLC, contacted the Court, seeking to change the address of record and release of unclaimed funds held by the Court. Mr. Hoffman has provided the attached proof of ownership of the business by Oak Point Partners, LLC. It is therefore ordered that the Clerk of Court release the unclaimed funds in the amount of <u>$15,768.90</u> to: New Century, P.O. Box 1033, Northbrook, IL 60065.

This 24th day of July, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA